UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00235 |
| | ) | JUDGE CAMPBELL |
| CHAVIS DOUGLAS | ) | |

## ORDER

The pretrial conference and/or change of plea hearing scheduled for July 30, 2012, at 10:30 a.m. is RESCHEDULED for July 30, 2012, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE