UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00235 |
| | ) | JUDGE CAMPBELL |
| CHAVIS DOUGLAS | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Suppress Evidence (Docket No. 51). The Court will hold a hearing on the Motion on April 12, 2013, at 1:30 p.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE