UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00235 |
| | ) | JUDGE CAMPBELL |
| CHAVIS DOUGLAS | ) | |

ORDER

Pending before the Court is the Government's Motion to Continue (Docket No. 54). The Motion is GRANTED.

The hearing on Defendant's Motion to Suppress Evidence (Docket No. 51) is CONTINUED to April 25, 2013, at 1:00 p.m.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE