UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00235 |
| | ) | JUDGE CAMPBELL |
| CHAVIS DOUGLAS | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Continue Hearing (Docket No. 56). The Motion is GRANTED.

The hearing on Defendant's Motion to Suppress Evidence (Docket No. 51) is CONTINUED to May 6, at 10:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE